FILED
OCT 28 2025
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

# COVER LETTER

**ANNETTE MARIE CONTO**
7277 McDaniel Lane
Ooltewah, TN 37363
Phone: (407) 694-6377
Email: annetteconto@yahoo.com

**October 28, 2025**

**Clerk of Court**
U.S. District Court
Eastern District of Tennessee
900 Georgia Avenue, Room 309
Chattanooga, TN 37402

and

**Frederick "Fritz" T. Smith, Esq.**
Partner | Seyfarth Shaw LLP
300 S. Tryon Street, Suite 400
Charlotte, North Carolina 28202

**RE: Filing of First Amended Complaint**

**Case No. 1:25-cv-00292-CEA-MJD**

**Annette M. Conto v. Verona Pharma plc**

Dear Clerk and Counsel:

Please find enclosed for filing and service a copy of my **First Amended Complaint for Declaratory Judgment, Breach of Contract, Promissory Estoppel, Wrongful Termination, Employment Discrimination, Retaliation, Conspiracy, FCRA Violations, and Other Relief** in the above-referenced matter.

The original pleading has been submitted for filing with the Court, and copies are provided to opposing counsel in accordance with the Federal Rules of Civil Procedure.

Please file this pleading in the docket and return a file-stamped copy to me for my records if available.

Thank you for your attention to this filing.

Respectfully submitted,

**/s/ Annette Marie Conto**

Annette Marie Conto

Pro Se Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this **28th day of October, 2025,** I mailed a true and correct copy of the foregoing **First Amended Complaint** by U.S. Mail, postage prepaid, addressed to:

**Clerk of Court**

U.S. District Court – Eastern District of Tennessee

900 Georgia Avenue, Room 309

Chattanooga, TN 37402

and

**Frederick "Fritz" T. Smith, Esq.**

Partner | Seyfarth Shaw LLP

300 S. Tryon Street, Suite 400

Charlotte, North Carolina 28202

Executed this 28th day of October, 2025.

**Annette M. Conto**

7277 McDaniel Lane

Ooltewah, TN 37363

407-694-6377

annetteconto@yahoo.com

**Pro Se Plaintiff**